# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | | |
|---|---|---|
| REGINALD POWELL, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Case No. CV608-004 |
| TOOMBS COUNTY SUPERIOR COURT, | ) ) ) ) | |
| Respondent. | ) | |

## REPORT AND RECOMMENDATION

Reginald Powell filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, but he did not pay the filing fee or move to proceed *in forma pauperis*. (Doc. 1.) On January 23, 2008, the Court instructed petitioner to submit the filing fee or an application to proceed *in forma pauperis* within fifteen days of the date of that order. (Doc. 5.) He has failed to do so. Accordingly, this case should be **DISMISSED** for failure to pay the filing fee. See Rule 3(a), Rules Governing Section 2254 Cases; 28 U.S.C. § 1914(a).

**SO REPORTED AND RECOMMENDED** this 11th day of March, 2008.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA